# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Cher Thompson, et al.

                    Plaintiff,

v.                                   Case No.: 1:14−cv−07980
                                              Honorable Sharon Johnson Coleman

American Airlines Group, Inc, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 23, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiffs' motion for extension of time to file Reply Brief to their Motion for Class Certification [145] is granted. This extension is FINAL. Reply due by 11/22/2017. No appearance necessary on 10/24/2017. Mailed notice (rth)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.