UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Cher Thompson, et al.
                                Plaintiff,

v.                                                   Case No.: 1:14–cv–07980
                                                       Honorable Sharon Johnson Coleman

American Airlines Group, Inc, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 11, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 12/11/2017. Parties having reached a resolution, the case is dismissed without prejudice for 30 days. If no motion to reinstate is filed by 1/30/2018, the dismissal shall automatically convert to one with prejudice with no further action by the court. Status hearing set to 12/20/2017 before Magistrate Judge Cox is hereby stricken. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.